IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:05CV00478

| | |
|---|---|
| LOWE'S FOOD STORES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER STAYING PROCEEDINGS** |
| THE WATKINS COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS CAUSE coming on before the undersigned on the consent motion of the parties to stay these proceedings, and the Court finding that such motion should be granted.

It is therefore ORDERED, ADJUDGED and DECREED that the parties' consent motion is hereby granted and that this action is stayed. If a dismissal is not filed within 30 days, the parties shall notify the Court of the status of their settlement.



/s/ P. Trevor Sharp
United States Magistrate Judge

Date: September 6, 2005

1